# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KENNETH GRAHAM, individually and
on behalf of all others similarly situated**                                                   **PLAINTIFF**

**VS.**                                      **4:14-CV-00589-BRW**

**CATAMARAN HEALTH SOLUTIONS, LLC,** *et al.*                              **DEFENDANTS**

## ORDER

     Defendant HealthExtras, LLC, has filed for relief under Chapter 7 of Title 11 to the United States Code in the United States Bankruptcy Court for the District of Maryland, Case No. 15-10368.  Accordingly, all claims against HealthExtras, LLC are STAYED pending resolution of the Bankruptcy Case.

     Plaintiff's claims are based on insurance policies that Plaintiff alleges HealthExtras, LLC, currently services, administers, and collects and allocates premiums.  The remaining Defendants[1] have filed Motions to Dismiss (Doc. Nos. 63, 64, 66), asking that I determine whether the policies are void or valid.  Since deciding the validity of policies controlled by HealthExtras, LLC, could alter the Bankruptcy Estate, Defendants with pending Motions to Dismiss are directed to seek relief from the Bankruptcy Court before I will rule on the Motions.

     IT IS SO ORDERED this 7th day of May, 2015.

                                                       /s/ Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE

---

[1] Catamaran Health Solutions, LLC, Virginia Surety Company, and Stonebridge Life Insurance Company